UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

GEOSYNFUELS, LLC,

                      Plaintiff,                      Index No. 7021/08

      -against-                                RULE 7.1 STATEMENT

JOHN D. SANTOLERI and ERNEST H.
POMERANTZ, as co-Executors of
The Estate of ADAM SOLOMON; and
CHARLES SCHWAB & CO., INC. in its capacity
as Custodian of the Individual Retirement Account
of ADAM SOLOMON

                      Defendants.
-------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff GeoSynFuels, LLC (a private non-governmental party) certifies that GeoSynFuels, LLC has no parent corporation and there is no publicly held corporation that owns 10 percent or more of plaintiff's stock.

Dated: New York, New York
        August 6, 2008

                                        KORNSTEIN VEISZ WEXLER & POLLARD, LLP

                                        By: _____
                                             Howard S. Veisz (HSV - 2666)
                                        757 Third Avenue
                                        New York, New York 10017
                                        (212) 418-8600

                                        Attorneys for Plaintiff

3331000XXXDTM.00001.wpd