Howard S. Veisz (HV – 2666)
KORNSTEIN VEISZ WEXLER & POLLARD, LLP
757 Third Avenue
New York, New York 10017
(212) 418-8600
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

GEOSYNFUELS, LLC,

       Plaintiff,    08-CV-07021 (SHS) (AJP)
             ECF Case
  -against-
             **STIPULATION**

JOHN D. SANTOLERI and ERNEST H.
POMERANTZ, as co-Executors of
The Estate of ADAM SOLOMON; and
CHARLES SCHWAB & CO., INC. in its capacity
as Custodian of the Individual Retirement Account
of ADAM SOLOMON

       Defendants.
-----------------------------------------------------------X

  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that:

  1. Defendants' time to answer, move or otherwise respond to the complaint is adjourned from August 27, 2008 to September 22, 2008; and

  2. This Stipulation may be executed in counterparts each of which shall be

deemed an original and that facsimile signatures will be deemed valid signatures.

KORNSTEIN VEISZ WEXLER
& POLLARD, LLP
Dated: 8/28/08

By: _____
Howard S. Veisz (HV-2666)
757 Third Avenue
New York, New York 10017
(212) 418-8600

Attorneys for Plaintiff

SILLER WILK LLP
Dated: 8/25/08

By: _____
Stuart Riback (SR-2443)
675 Third Avenue
New York, NY 10017
(212) 421-2233

Attorneys for Defendant John D. Santoleri,
as Executor of the Estate of Adam Solomon

CHARLES SCHWAB & CO., INC.
Dated: 8/28/08

By: _____
Curt Mueller
Office of Corporate Counsel
101 Montgomery Street 120KNY 04101
San Francisco, CA 94104
(415) 636-3305

Dated:

SO ORDERED:

_____
U.S.D.J.

2